IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MICHAEL PATRICK ROKSANDICH and
KELLY J. ROKSANDICH,

    Plaintiffs,

v.                                          Civil Action No. 5:06CV158
                                                          (STAMP)

HLC TRUCKING COMPANY and
DARRELL DWAYNE ASH,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR FILING DEPOSITIONS TO BE USED AT TRIAL

On November 28, 2007, the plaintiffs filed a motion to extend the deadline for filing depositions to be used at trial. In their motion, the plaintiffs state that the defendants have no objection to such extension. For good cause shown, the plaintiffs' motion for an extension of time is GRANTED. The plaintiffs' motion does not indicate the specific amount of time desired. However, this Court believes that a one-week extension is reasonable in light of the January 2, 2008 trial date in this matter. Accordingly, on or before **December 24, 2007**, the plaintiffs shall file any interrogatories, answers thereto, depositions, etc., specifying the appropriate portions thereto that the plaintiffs intend to offer in this case.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:     December 3, 2007

                                    /s/ Frederick P. Stamp, Jr.
                                    FREDERICK P. STAMP, JR.
                                    UNITED STATES DISTRICT JUDGE