IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MICHAEL PATRICK ROKSANDICH
and KELLY J. ROKSANDICH,

    Plaintiffs,

v.                                                 Civil Action No. 5:06CV158
                                                      (STAMP)
HLC TRUCKING COMPANY and
DARRELL DWAYNE ASH,

    Defendants.

## ORDER GRANTING MOTION TO VACATE
## STATUS AND SCHEDULING CONFERENCE

On January 10, 2008, defendant, HLC Trucking Company filed a motion to vacate the status and scheduling conference set to take place on January 11, 2008 at 11:30 a.m. The defendant indicates that the plaintiff does not oppose its motion. A joint proposed scheduling order was attached as an exhibit to the defendant's motion. Because the parties have reached an agreement as to scheduling matters, a status and scheduling conference is unnecessary. Accordingly, the status and scheduling conference set for January 11, 2008 at 11:30 a.m. is hereby VACATED.

An amended scheduling order will be entered by separate order and will adopt, with some modification to suit the calendar of this Court, the parties' joint proposed scheduling order.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:       January 11, 2008

                                    /s/ Frederick P. Stamp, Jr.
                                    FREDERICK P. STAMP, JR.
                                    UNITED STATES DISTRICT JUDGE